JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KO, <br><br> Plaintiff, <br><br> v. <br><br> PHH MORTGAGE CORPORATION, et al., <br><br> Defendants. | Case No. CV 23-10281 FMO (ADSx) <br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 1st day of July, 2024.

/s/
Fernando M. Olguin
United States District Judge